```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>John Doe 1-10, Selena S. Randolph</u>
<u>John Does 1-10, Xzavier A.R. Fleming</u>

                                                Case No. 20-cv-335-SM

   v.

<u>US Bank N.A.</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Daniel J. Lynch dated September 2, 2020, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                             _____
                                             Steven J. McAuliffe
                                             United States District Judge

Date: September 23, 2020

cc:   Selena S. Randolph, pro se
       Xzaier A.R. Fleming, pro se